361.   DALTON GROCERY COMPANY *v.* TYSON & VICKERS.

HILL, C. J.   No error of law is complained of, and the verdict is supported by evidence and approved by the trial court. This court has no authority to disturb it.                *Judgment affirmed.*

Complaint, from city court of Nashville—Judge Peeples. November 7, 1906.

Submitted May 14,—Decided June 26, 1907.

*Hendricks, Smith & Christian,* for plaintiff.

*W. G. Harrison, Buie & Knight,* for defendant.